**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Topp's Mechanical, Inc. |
| United States Bankruptcy Court for the: | District of Nebraska |
| Case number (if known) | 21-40038-TLS |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA, 19101-7346<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 930.82 | $ 930.82 |
| **2.2** | **Priority creditor's name and mailing address**<br>Johnson County Treasurer<br>P.O. Box 476<br>Tecumseh, NE, 68450<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 23,178.24 | $ 23,178.24 |
| **2.3** | **Priority creditor's name and mailing address**<br>Nebraska Department of Revenue<br>ATTN:  Bankruptcy Unit<br>P.O. Box 94818<br>Lincoln, NE, 68509-4818<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,592.40 | $ 2,592.40 |

Debtor  Topp's Mechanical, Inc.
        Name

Case number (*if known*) 21-40038-TLS

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Advanced Office Automation, Inc.<br>1065 North 33rd Street<br>Lincoln, NE, 68503 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 200.25 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Airgas Southwest/Gulf Coast Regions<br>P.O. Box 734672<br>Dallas, TX, 75373-4672 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 468.06 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Airgas Specialty Products<br>P.O. Box 934434<br>Atlanta, GA, 31193-4434 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 4,518.61 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Airgas USA, LLC<br>P.O. Box 734445<br>Chicago, IL, 60673-4445 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 464.51 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>All-American Publishing<br>P.O. Box 100<br>Caldwell, ID, 83606-0100 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 349.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>American Alloy Steel Inc.<br>P.O. Box 40469<br>Houston, TX, 77240 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 4,852.65 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Topp's Mechanical, Inc. | Case number *(if known)* | 21-40038-TLS |
|--------|------------------------|--------------------------|--------------|
| | Name | | |

---

| **Part 2:** | **Additional Page** |

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** **Nonpriority creditor's name and mailing address**

American Welding Society
8669 NW 36th Street #130
Miami, FL, 33126-6672

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 88.00

---

**3.8** **Nonpriority creditor's name and mailing address**

Ameritas Life Insurance
P.O. Box 650730
Dallas, TX, 75265-0730

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 194.85

---

**3.9** **Nonpriority creditor's name and mailing address**

Andrews Electric CO., Inc.
P.O. Box 273
Geneva, NE, 68361

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 327,989.87

---

**3.10** **Nonpriority creditor's name and mailing address**

Aramark
AUCA Chicago Lockbox
25259 Network Place
Chicago, IL, 60673-1252

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,135.14

---

**3.11** **Nonpriority creditor's name and mailing address**

ASME-American Society of Mech Engineers
ATTN: Conformity Assessment Finance
150 Clove Road, 6th Floor
Little Falls, NJ, 07424-2139

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,320.00

---

Debtor ___Topp's Mechanical, Inc._____ Case number *(if known)*___21-40038-TLS_____
          Name

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**<sup>12</sup> **Nonpriority creditor's name and mailing address**

Black Hills Energy
P.O. Box 6001
Rapid City, SD, 57709-6001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 251.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**<sup>13</sup> **Nonpriority creditor's name and mailing address**

Browz LLC
Dept 3485
P.O. Box 123485
Dallas, TX, 75312-3485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,895.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**<sup>14</sup> **Nonpriority creditor's name and mailing address**

Central States Group
P.O. Box 30047
Omaha, NE, 68103-1147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,443.62

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**<sup>15</sup> **Nonpriority creditor's name and mailing address**

CenturyLink
P.O. Box 2956
Phoenix, AZ, 85602-2956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 53.67

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**<sup>16</sup> **Nonpriority creditor's name and mailing address**

CIT Bank NA
21146 Network Place
Chicago, IL, 60673-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 540.91

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Topp's Mechanical, Inc.                          Case number *(if known)*    21-40038-TLS

Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** Nonpriority creditor's name and mailing address

City of Tecumseh - Utilities
P.O. Box 417
Tecumseh, NE, 68450-0417

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,181.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Coastal Chemical Co., LLC
Department 2214
PO Box 122214
Dallas, TX, 75312-2214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,028.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Colonial Life
Premium Processing
P.O. Box 903
Columbia, SC, 29202-0903

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,028.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Creighton Power & Communications
8707 Mynard Road
Louisville, NE, 68037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 40.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Cross Technologies, Inc. d/b/a Cross Co.
P.O. Box 746408
Atlanta, GA, 30374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 26,145.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ____Topp's Mechanical, Inc._____    Case number *(if known)*___21-40038-TLS____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 22   **Nonpriority creditor's name and mailing address**

Datavizion, LLC
5760 Cornhusker Hwy Suite 1-4
Lincoln, NE, 68507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,419.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23   **Nonpriority creditor's name and mailing address**

Delta Tee Intl. Inc.
P.O. Box 172212
Arlington, TX, 76003-2212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 44,710.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24   **Nonpriority creditor's name and mailing address**

Dual Temp Companies, Inc.
1111 East Touhy Avenue
Suite 100
Des Plaines, IL, 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 23,469.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25   **Nonpriority creditor's name and mailing address**

DXP Enterprises, Inc.
P.O. Box 840511
Dallas, TX, 75284-0511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,107.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26   **Nonpriority creditor's name and mailing address**

Echo Electric Supply
P.O. Box 246
Beatrice, NE, 68310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 624.59

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Topp's Mechanical, Inc.

Name

Case number *(if known)*    21-40038-TLS

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 27   **Nonpriority creditor's name and mailing address**

Elk Creek Welding & Steel Products, Inc
62103 722 Road
Elk Creek, NE, 68348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 36.50

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 28   **Nonpriority creditor's name and mailing address**

Engineered Power & Control Solutions, Inc.
110 Metroplex Boulevard
Suite G
Pearl, MS, 39208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 91,915.08

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 29   **Nonpriority creditor's name and mailing address**

Evapco c/o SYS-KOOL LLC
Cody Bemis
11313 South 146th Street
Omaha, NE, 68138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 63,504.50

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 30   **Nonpriority creditor's name and mailing address**

F & H Insulation Sales and Services, Inc.
P.O. Box 250
Kechi, KS, 67067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 98,470.54

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 31   **Nonpriority creditor's name and mailing address**

Fastenal - NEBEA
P.O. Box 1286
Winona, MN, 55987

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,319.85

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Topp's Mechanical, Inc.    Case number *(if known)*    21-40038-TLS

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

FES-Southwest, Inc.
19221 I-H 45 South
Suite 340
Conroe, TX, 77385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,871.63

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.33** **Nonpriority creditor's name and mailing address**

First Midwest Equipment Finance Co.
P.O. Box 857
Bedford Park, IL, 60499-0857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 29,579.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.34** **Nonpriority creditor's name and mailing address**

Floyd's Truck Repair Inc
2496 US Highway 36
Sabetha, KS, 66534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,834.37

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.35** **Nonpriority creditor's name and mailing address**

Frost Brown Todd LLC
P.O. Box 44961
Indianapolis, IN, 46244-0961

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,062.37

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.36** **Nonpriority creditor's name and mailing address**

Gardner Denver Nash LLC
P.O. Box 952453
St. Louis, MO, 63195-2453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,886.68

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Topp's Mechanical, Inc.___    Case number *(if known)*___21-40038-TLS___
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

George Topp Rigging
574 North 3rd Street
Tecumseh, NE, 68450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,750.00

---

**3.38** Nonpriority creditor's name and mailing address

Grainger
Dept 844747642
PO Box 419267
Kansas City, MO, 64141-6267

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 864.42

---

**3.39** Nonpriority creditor's name and mailing address

HSB Global Standards
P.O. Box 73720

Chicago, IL, 60673-7720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,962.75

---

**3.40** Nonpriority creditor's name and mailing address

HTH Companies, Inc.
239 Rock Industrial Blvd
Suite 108
Union, MO, 63084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 53,593.75

---

**3.41** Nonpriority creditor's name and mailing address

Hutcheson Engineering Products, Inc.
6405 John J. Pershing Drive
Omaha, NE, 68112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,931.91

---

Debtor    Topp's Mechanical, Inc.
    Name

Case number (if known)    21-40038-TLS

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

### 3.42  Nonpriority creditor's name and mailing address

I-Con Solutions
1234 East 37th Street N
Wichita, KS, 67219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 19,599.10

### 3.43  Nonpriority creditor's name and mailing address

Industrial Refrigeration Parts
3045 Chestnut Expressway
Suite A
Springfield, MO, 65802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 15,424.33

### 3.44  Nonpriority creditor's name and mailing address

Interstate Industrial Vac Service, Inc
5444 North 103rd Street
Omaha, NE, 68134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 4,300.00

### 3.45  Nonpriority creditor's name and mailing address

Iowa Insulation Inc
955 West K Avenue
Nevada, IA, 50201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 124,737.31

### 3.46  Nonpriority creditor's name and mailing address

IPFS Corporation
24722 Network Place
Chicago, IL, 60673-1247

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 6,305.81

Debtor  Topp's Mechanical, Inc.                                Case number *(if known)*  21-40038-TLS
        Name

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47**  **Nonpriority creditor's name and mailing address**

Jacobi Carbons, Inc.
P.O. Box 206016
Dallas, TX, 75320-6016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 38,080.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**

Janssen's Over the Road Licensing Service
4910 Rentfro Drive
Lincoln, NE, 68526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 70.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49**  **Nonpriority creditor's name and mailing address**

Jasper Eng. & Equip. Co.
3800 5th Avenue West
Suite 1
Hibbing, MN, 55746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 11,294.16

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**  **Nonpriority creditor's name and mailing address**

Jeff Engels - EAI Aircraft LLC
56871 714 Road
Fairbury, NE, 68352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 18,503.01

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**  **Nonpriority creditor's name and mailing address**

Kelly Supply Company
P.O. Box 1328
Grand Island, NE, 68802-1328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 71,654.17

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Topp's Mechanical, Inc.                                  Case number *(if known)*    21-40038-TLS
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.52** Nonpriority creditor's name and mailing address

Kenny Pipe & Supply Inc.
P.O. Box 306170
Nashville, TN, 37230-6170

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 71,612.46

---

**3.53** Nonpriority creditor's name and mailing address

Linweld - Lincoln, NE
Matheson Tri-Gas Inc Dept 3028
P.O. Box 12308
Dallas, TX, 75312

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 4,754.30

---

**3.54** Nonpriority creditor's name and mailing address

Linweld - Sterling, CO
Dept. 3028 P.O. Box 123028
Dallas, TX, 75312

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 759.70

---

**3.55** Nonpriority creditor's name and mailing address

Matheson Gas
6901 Cornhusker Hwy
Lincoln, NE, 68507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.56** Nonpriority creditor's name and mailing address

McMaster-Carr
P.O. Box 7690
Chicago, IL, 60680-7690

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 717.72

---

Debtor  Topp's Mechanical, Inc.                                                Case number (if known)  21-40038-TLS
        Name

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 57  **Nonpriority creditor's name and mailing address**

Meylan Enterprises, Inc.
6225 South 60th Street
Omaha, NE, 68117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 7,220.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 58  **Nonpriority creditor's name and mailing address**

Moran Plumbing & Heating, LLC
62424 729 Road
Tecumseh, NE, 68450

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 15,733.40

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 59  **Nonpriority creditor's name and mailing address**

NANO Purification Solutions
P.O. Box 481930
Charlotte, NC, 28269

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,060.37

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 60  **Nonpriority creditor's name and mailing address**

National Board
1055 Crupper Avenue
Columbus, OH, 43229-1183

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 660.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 61  **Nonpriority creditor's name and mailing address**

NE Department of Motor Vehicles
Motor Carrier Services Division
P.O. Box 94729
Lincoln, NE, 68509-4729

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,247.14

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Topp's Mechanical, Inc.

Name

Case number *(if known)*    21-40038-TLS

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 62    **Nonpriority creditor's name and mailing address**

Olsson
P.O. Box 84608
Lincoln, NE, 68501-4608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,871.25

---

**3.** 63    **Nonpriority creditor's name and mailing address**

OPPD
P.O. Box 3995
Omaha, NE, 68103-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 93.61

---

**3.** 64    **Nonpriority creditor's name and mailing address**

Patriot Crane and Rigging LLC
155 Ida Street
Omaha, NE, 68110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,497.50

---

**3.** 65    **Nonpriority creditor's name and mailing address**

Pepsi-Cola Bottling
P.O. Box 50
Oskaloosa, IA, 52577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 274.45

---

**3.** 66    **Nonpriority creditor's name and mailing address**

Peterbilt of Council Bluffs/Sioux City
P.O. Box 386
Sioux City, IA, 51102-0386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 199.35

---

Debtor _____Topp's Mechanical, Inc._____ Case number _(if known)_ ___21-40038-TLS___
 Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67  Nonpriority creditor's name and mailing address**

Pfister & Associates
800 E. Northwest Highway
Suite 202
Mount Prospect, IL, 60056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 14,454.44

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.68  Nonpriority creditor's name and mailing address**

Platte Valley
Chad Whisinnand
P.O. Box 81042
Lincoln, NE, 68501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,815.59

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.69  Nonpriority creditor's name and mailing address**

R.S. Stover Company
P.O. Box 5101
Des Moines, IA, 50305-5101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 72,289.32

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.70  Nonpriority creditor's name and mailing address**

R.T. Zumpfe Engineering, Inc.
3939 N. 48th St. #207
Lincoln, NE, 68504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.71  Nonpriority creditor's name and mailing address**

Radio Accounting Service
c/o Radio Station KNTK/FM
3312 West Peterson Avenue
Chicago, IL, 60659

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 300.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor   Topp's Mechanical, Inc.
         _____
         Name

                                              Case number (if known)   21-40038-TLS
                                                                        _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.72** Nonpriority creditor's name and mailing address

Saint-Gobain NorPro
Krystal Martin
3840 Fishcreek Road
Stow, OH, 44224

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 3,658.08

---

**3.73** Nonpriority creditor's name and mailing address

Schimberg Co.
1106 Shaver Road NE
Cedar Rapids, IA, 52402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 154.61

---

**3.74** Nonpriority creditor's name and mailing address

Seneca Sanitation
313 South 8th Street
Seneca, KS, 66538

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 543.00

---

**3.75** Nonpriority creditor's name and mailing address

Servando O. Hernandez
10226 Sunset Field
San Antonio, TX, 78245

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 12,660.00

---

**3.76** Nonpriority creditor's name and mailing address

Setpoint Integrated Solutions
P.O. Box 935076
Atlanta, GA, 31193-5076

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 26,088.10

---

Debtor    Topp's Mechanical, Inc.                                    Case number *(if known)*    21-40038-TLS
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 77    **Nonpriority creditor's name and mailing address**

SPX Cooling Technologies/SGS Refrigeration
P.O. Box 99038
Chicago, IL, 60693

**As of the petition filing date, the claim is:**    $ 38,774.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 78    **Nonpriority creditor's name and mailing address**

State Steel of Omaha
P.O. Box 3224
Sioux City, IA, 51102

**As of the petition filing date, the claim is:**    $ 7,955.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 79    **Nonpriority creditor's name and mailing address**

Sulzer Chemtech USA Inc.
P.O. Box 700480
Tulsa, OK, 74170-0480

**As of the petition filing date, the claim is:**    $ 14,462.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 80    **Nonpriority creditor's name and mailing address**

T-L Irrigation Company
P.O. Box 1047
Hastings, NE, 68902-1047

**As of the petition filing date, the claim is:**    $ 1,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 81    **Nonpriority creditor's name and mailing address**

Tanner Industries, Inc.
P.O. Box 536300
Pittsburgh, PA, 15253-5904

**As of the petition filing date, the claim is:**    $ 13,161.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor  Topp's Mechanical, Inc.
        _____
        Name

Case number *(if known)*  21-40038-TLS
                          _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.82** | **Nonpriority creditor's name and mailing address**

Tecumseh Chieftain
P.O. Box 809
Tecumseh, NE, 68450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.00

---

**3.83** | **Nonpriority creditor's name and mailing address**

The Hartford Steam Boiler Inspection and
Insurance Company
P.O. Box 73720
Chicago, IL, 60673-3720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.84** | **Nonpriority creditor's name and mailing address**

Tom Lyons PE LLC
18403 Crosstimber
San Antonio, TX, 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,200.00

---

**3.85** | **Nonpriority creditor's name and mailing address**

Topp's Small Engine
61705 Highway 136
Tecumseh, NE, 68450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$278.52

---

**3.86** | **Nonpriority creditor's name and mailing address**

Tradesmen International, LLC
P.O. Box 677807
Dallas, TX, 75267-7807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,659.00

---

Debtor _____Topp's Mechanical, Inc._____
        Name

Case number *(if known)* ___21-40038-TLS___

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.87** **Nonpriority creditor's name and mailing address**

US Standard Products
P.O. Box 5509
Englewood, NJ, 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 545.43

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

Verizon Wireless
P.O. Box 16810
Newark, NJ, 07101-6810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 802.29

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**

Visa - Elan Financial
Cardmember Service
P.O. Box 790408
St. Louis, MO, 63179-0408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 129,458.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**

Von Briesen & Roper SC
411 East Wisconsin Avenue
Suite 1000
Milwaukee, WI, 532029873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 101,669.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**

VVS Canteen
P.O. Box 87
Cozad, NE, 69130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 212.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Topp's Mechanical, Inc.
Name

Case number *(if known)*  21-40038-TLS

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Westco International, Inc.
6924 East Reading Place
Tulsa, OK, 74115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 13,446.48

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.93** Nonpriority creditor's name and mailing address

Windstream
P.O. Box 9001908
Louisville, KY, 40290-1908

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 405.94

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Topp's Mechanical, Inc. | Case number (if known) | 21-40038-TLS |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Cross Technologies, Inc. d/b/a Cross Co.<br>c/o Andrew L. Rodenbough<br>230 North Elm Street, Suite 2000<br>Greensboro, NC, 27401 | Line 3.21<br>☐ Not listed. Explain: | _____ |
| 4.2. | Dual Temp Companies, Inc.<br>c/o James W. Garlanger<br>7480 West College Drive, Suite 101<br>Palos Heights, IL, 60463 | Line 3.24<br>☐ Not listed. Explain | _____ |
| 4.3. | Engineered Power & Control Solutions, Inc.<br>c/o Kevin E. Gay<br>P.O. Box 12301<br>Jackson, MS, 39236 | Line 3.28<br>☐ Not listed. Explain | _____ |
| 4.4. | Evapco, Inc.<br>c/o Thomas A. Pastore<br>P.O. Box 40939<br>Indianapolis, IN, 46240 | Line 3.29<br>☐ Not listed. Explain | _____ |
| 41. | F & H Insulation Sales and Services, Inc.<br>c/o Steven G. Ranum<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE, 68124 | Line 3.30<br>☐ Not listed. Explain | _____ |
| 4.5. | HTH Companies, Inc.<br>c/o Craig F. Martin<br>10306 Regency Parkway Drive<br>Omaha, NE, 68114 | Line 3.40<br>☐ Not listed. Explain | _____ |
| 4.6. | Jacobi Carbons, Inc.<br>c/o Mark S. Fusco<br>1301 E. Ninth St., Suite 3500<br>Cleveland, OH, 44114 | Line 3.47<br>☐ Not listed. Explain | _____ |
| 4.7. | Johnson County Attorney<br>P.O. Box 263<br>Tecumseh, NE, 68450 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.8. | R.S. Stover Company<br>c/o Mitchell R. Kunert<br>700 Walnut Street, Suite 1600<br>Des Moines, IA, 50309-3899 | Line 3.69<br>☐ Not listed. Explain | _____ |
| 4.9. | Tradesmen International, LLC<br>c/o Karl Von Oldenburg<br>14211 Arbor Street, Suite 100<br>Omaha, NE, 68144 | Line 3.86<br>☐ Not listed. Explain | _____ |
| 4.10. | Westco International, Inc.<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Suite 200<br>Lincoln, NE, 68512 | Line 3.92<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor __Topp's Mechanical Inc.__
          Name

Case number _(if known)_ __21-40038-TLS__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 26,701.46 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,812,815.01 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,839,516.47 |