**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 21-40038 |
| | ) | Chapter 11 Proceeding |
| Topp's Mechanical, Inc., | ) | |
| | ) | **ELECTION OF AMERICAN** |
| Debtor | ) | **EXCHANGE BANK UNDER** |
| | ) | **SECTION 1111(b) AND PROOF OF** |
| | ) | **SERVICE** |

American Exchange Bank, a secured creditor in the above-referenced proceeding, prior to any deadline set by the Court or by Bankruptcy Rule 3017.1 and pursuant to the provisions of §1111(b) of the Bankruptcy Code, 11 U.S.C. §1111(b), and Bankruptcy Rule 3014, elects to have its claim treated in the manner provided in §1111(b) of the Bankruptcy Code.

Dated: April 1, 2021.

AMERICAN EXCHANGE BANK,
Creditor

By: KNUDSEN, BERKHEIMER,
RICHARDSON & ENDACOTT, LLP
3800 VerMaas Place, Suite 200
Lincoln, Nebraska 68502
(402) 475-7011

By: /s/ Trev E. Peterson - #16637
One of Said Attorneys

**PROOF OF SERVICE**

I certify that on April 1, 2021 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: Jerry Jensen, Assistant US Trustee, James Overcash, Chapter 11 Trustee, Justin D. Eichmann and on all others requesting electronic notice of filings through the Court's CM/ECF System and I mailed a copy to the debtor at the following address:

Topp's Mechanical, Inc.
PO Box 449
Tecumseh, NE 68450

by First Class United States mail, postage prepaid on April 1, 2021.

/s/ Trev E. Peterson - #16637