IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 21-40038 |
| | ) | Chapter 11 Proceeding |
| Topp's Mechanical, Inc., | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**MOTION OF AMERICAN EXCHANGE BANK FOR LEAVE TO WITHDRAW ITS 1111(b) ELECTION, NOTICE OF RESISTANCE DEADLINE AND PROOF OF SERVICE**

American Exchange Bank moves the Court for Leave to Withdraw its §1111(b) Election filed in this matter on April 1, 2021 at Filing No. 35 for the following reasons:

1. American Exchange Bank is a secured creditor of the Debtor.

2. On April 1, 2021 American Exchange Bank filed its election under §1111(b).

3. The Court denied confirmation of the Debtor's amended plan filed on June 7, 2021 at Filing No. 57 by its Order dated November 23, 2021 at Filing No. 94.

4. Neither the text of §1111(b) nor Fed. R. Bank. P. 3014 specify how a secured creditor withdraws its §1111(b) election. However, the Advisory Committee Notes to Rule 3014 provide that "[o]nly if that plan is not confirmed may the class of secured creditors thereafter change its prior election." The comments go on to provide that in the event that each secured creditor is in a separate class, "the secured creditor has the sole power to determine application of §1111(b) to that claim."

5. American Exchange Bank has elected to withdraw its §1111(b) election.

6. It is unclear whether leave of the Court is necessary for a creditor to withdraw a §1111(b) election. Cases reviewed on the withdrawal of §1111(b) elections are generally before the court on the creditor's motion for leave to withdraw the election. If leave is not required, this Motion should be construed as the withdrawal of the §1111(b) election.

WHEREFORE, American Exchange Bank prays that its §1111(b) election be deemed withdrawn and for such other relief as the Court deems necessary.

## NOTICE OF RESISTANCE DEADLINE

Take notice that the last day to file a written resistance to the Motion of American Exchange Bank for Leave to Withdraw its §1111(b) Election (the "Motion") is December 30, 2021. **IF NO RESISTANCE IS TIMELY FILED AND SERVED ON THE UNDERSIGNED THE BANKRUPTCY COURT WILL CONSIDER GRANTING THE MOTION WITHOUT HEARING OR FURTHER NOTICE.** If a resistance is timely filed, the Clerk of the Bankruptcy Court will separately schedule a hearing as provided in Neb. R. Bankr. P. 9013-1.

Dated: December 9, 2021.

AMERICAN EXCHANGE BANK, Creditor

By: KNUDSEN, BERKHEIMER,
 RICHARDSON & ENDACOTT, LLP
 3800 VerMaas Place, Suite 200
 Lincoln, Nebraska 68502
 (402) 475-7011

By: /s/ Trev E. Peterson - #16637
 One of Said Attorneys

## PROOF OF SERVICE

      I certify that on December 9, 2021 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: Jerry Jensen, Assistant US Trustee, James Overcash, Chapter 11 Trustee, Justin D. Eichmann, Ryan Dougherty and on all others requesting electronic notice of filings through the Court's CM/ECF System and that on December 9, 2021 I served a copy of the foregoing on the parties listed on the attached mailing matrix by First Class United States mail adequate postage prepaid, except for those parties shown on the matrix as receiving electronic notice of filings.

      /s/   Trev E. Peterson - #16637

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 21-40038-TLS<br>District of Nebraska<br>Lincoln Office<br>Wed Dec  8 13:01:51 CST 2021 | American Exchange Bank<br>P O Box 267<br>Elmwood, NE 68349-0267 | IPFS Corporation<br>30 Montgomery Street<br>Suite 501<br>Jersey City, NJ 07302-3821 |
| Topp's Mechanical, Inc.<br>1255 Lincoln Street<br>P.O. Box 449<br>Tecumseh, NE 68450-0449 | Tradesmen International, LLC<br>9760 Shepard Road<br>Macedonia, OH 44056-1124 | AR SOLUTIONS INC<br>7121 A ST STE 102<br>LINCOLN, NE 68510-4289 |
| ARAMARK Uniform & Career Apparel, LLC<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701-1617 | ASME-American Society of Mech Engineers<br>ATTN: Conformity Assessment Finance<br>150 Clove Road, 6th Floor<br>Little Falls, NJ 07424-2139 | Advanced Office Automation, Inc.<br>1065 North 33rd Street<br>Lincoln, NE 68503-1905 |
| Airgas Southwest/Gulf Coast Regions<br>P.O. Box 734672<br>Dallas, TX 75373-4672 | Airgas Specialty Products<br>P.O. Box 934434<br>Atlanta, GA 31193-4434 | Airgas USA LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131-2301 |
| Airgas USA, LLC<br>P.O. Box 734445<br>Chicago, IL 60673-4445 | Airgas, an Air Liquide Company<br>2015 Vaughn Rad, Bldg 400<br>Kennesaw GA 30144-7802 | All-American Publishing<br>P.O. Box 100<br>Caldwell, ID 83606-0100 |
| American Alloy Steel Inc.<br>P.O. Box 40469<br>Houston, TX 77240-0469 | American Welding Society<br>8669 NW 36th Street #130<br>Miami, FL 33166-6672 | Ameritas Life Insurance<br>P.O. Box 650730<br>Dallas, TX 75265-0730 |
| Andrews Electric CO., Inc.<br>P.O. Box 273<br>Geneva, NE 68361-0273 | Aramark<br>AUCA Chicago Lockbox<br>25259 Network Place<br>Chicago, IL 60673-1252 | Black Hills Energy<br>P.O. Box 6001<br>Rapid City, SD 57709-6001 |
| Brian Gipson<br>Ashen Law Group<br>217 N. Jefferson St.<br>Ste. 601<br>Chicago, IL 60661-1114 | Browz LLC<br>Dept 3485<br>P.O. Box 123485<br>Dallas, TX 75312-3485 | CIT Bank NA<br>21146 Network Place<br>Chicago, IL 60673-1211 |
| CIT Bank NA<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Central States Group<br>8720 S 137th Circle<br>Omaha, NE 68138-6198 | CenturyLink<br>P.O. Box 2956<br>Phoenix, AZ 85062-2956 |
| City of Tecumseh - Utilities<br>P.O. Box 417<br>Tecumseh, NE 68450-0417 | Coastal Chemical Co., LLC<br>Department 2214<br>PO Box 122214<br>Dallas, TX 75312-2214 | Colonial Life<br>Premium Processing<br>P.O. Box 903<br>Columbia, SC 29202-0903 |

```
Creighton Power & Communications        Cross Company                              Cross Technologies, Inc. d/b/a Cross Co.
8707 Mynard Road                        Angela Becker                              P.O. Box 746408
Louisville, NE 68037-3817               4400 Piedmont Pkwy                         Atlanta, GA 30374-6408
                                        Greensboro NC 27410-8121


Cross Technologies, Inc. d/b/a Cross Co. DXP Enterprises, Inc.                     Datavizion, LLC
c/o Andrew L. Rodenbough                 P.O. Box 840511                           5760 Cornhusker Hwy Suite 1-4
230 North Elm Street, Suite 2000         Dallas, TX 75284-0511                     Lincoln, NE 68507-3121
Greensboro, NC 27401-2414


Delta Tee International, Inc.            Delta Tee Intl. Inc.                      Dual Temp Companies, Inc.
1000 Commercial Blvd. South              P.O. Box 172212                           1111 East Touhy Avenue
Arlington, TX 76001-7154                 Arlington, TX 76003-2212                  Suite 100
                                                                                   Des Plaines, IL 60018-5828


Dual Temp Companies, Inc.                Dual Temp of Illinois, Inc.               EAI Aircraft LLC
c/o James W. Garlanger                   9550 W. 55th Street, Unit A               56871  714th Road
7480 West College Drive, Suite 101       La Grange, IL 60525-3641                  Fairbury NE 68352-4039
Palos Heights, IL 60463-1165


Echo Electric Supply                     Elk Creek Welding & Steel Products, Inc   Engineered Power & Control Solutions, Inc.
P.O. Box 246                             62103 722 Road                            110 Metroplex Boulevard
Beatrice, NE 68310-0246                  Elk Creek, NE 68348-2725                  Suite G
                                                                                   Pearl, MS 39208-9210


Engineered Power & Control Solutions, Inc. Engineered Power and Control Solutions, Inc. Engineered Power and Control Solutions, Inc.
c/o Kevin E. Gay                         110 Metroplex Boulevard, Suite G          127 Fairmont Plaza
P.O. Box 12301                           Pearl, Mississippi 39208-9210             Jackson, MS 39208-3424
Jackson, MS 39236-2301


Ethanol Products, LLC d/b/a POET Ethanol Pro Evapco c/o SYS-KOOL LLC               Evapco, Inc.
c/o Bob Whiteman, CFO                    Cody Bemis                                c/o Thomas A. Pastore
3939 N. Webb Rd.                         11313 South 146th Street                  P.O. Box 40939
Wichita, KS 67226-8100                   Omaha, NE 68138-6507                      Indianapolis, IN 46240-0939


F & H Insulation Sales and Services, Inc. F & H Insulation Sales and Services, Inc. F&H Insulation Sales and Services, Inc.
P.O. Box 250                             c/o Steven G. Ranum                       c/o Steven G. Ranum, Esq.
Kechi, KS 67067-0250                     2120 South 72nd Street, Suite 1200        2120 S. 72nd Street, Suite 1200
                                         Omaha, NE 68124-2366                      Omaha, NE 68124-2366


FES-Southwest, Inc.                      Fastenal Company                          First Midwest Equipment Finance Co.
19221 I-H 45 South                       Attn: Legal Department                    217 N. Jefferson Street
Suite 340                                2001 Theurer Blvd                         Ste. 601
Conroe, TX 77385-8727                    Winona, MN 55987-9902                     Chicago, IL 60661-1114


First Midwest Equipment Finance Co.      First Midwest Equipment Finance Co.       Floyd's Truck Repair Inc
80 North Gordon                          P.O. Box 857                              2496 US Highway 36
Elk Grove Village, IL 60007-1119         Bedford Park, IL 60499-0857               Sabetha, KS 66534-2247
```

Frost Brown Todd LLC
P.O. Box 44961
Indianapolis, IN 46244-0961

Gardner Denver Nash LLC
P.O. Box 952453
St. Louis, MO 63195-2453

George Topp Rigging
574 North 3rd Street
Tecumseh, NE 68450-2005

Grainger
Dept 844747642
PO Box 419267
Kansas City, MO 64141-6267

HSB Global Standards
P.O. Box 73720
Chicago, IL 60673-7720

HTH Companies, Inc.
239 Rock Industrial Blvd
Suite 108
Union, MO 63084-3139

HTH Companies, Inc.
239 Rock Industrial Boulevard
Union, MO 63084-3139

HTH Companies, Inc.
c/o Craig F. Martin
10306 Regency Parkway Drive
Omaha, NE 68114-3708

Hutcheson Engineering Products, Inc.
6405 John J. Pershing Drive
Omaha, NE 68112-3461

I-Con Solutions, Inc.
1234 E 37th Street North
Wichita, KS 67219-3519

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3836

Industrial Refrigeration Parts
3045 Chestnut Expressway
Suite A
Springfield, MO 65802-6228

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Industrial Vac Service, Inc
5444 North 103rd Street
Omaha, NE 68134-1003

Iowa Insulation Inc
955 West K Avenue
Nevada, IA 50201-7991

Jacobi Carbons, Inc.
432 McCormick Boulevard
Columbus, OH 43213-1525

Jacobi Carbons, Inc.
P.O. Box 206016
Dallas, TX 75320-6016

Jacobi Carbons, Inc.
c/o Mark S. Fusco
1301 E. Ninth St., Suite 3500
Cleveland, OH 44114-1838

Janssen's Over the Road Licensing Servi
4910 Rentfro Drive
Lincoln, NE 68526-1003

Jasper Eng. & Equip. Co.
3800 5th Avenue West
Suite 1
Hibbing, MN 55746-3752

Jasper Engineering & Equipment Company
3800 5th Ave West
Hibbing, MN 55746-3751

Jeff Engels - EAI Aircraft LLC
56871 714 Road
Fairbury, NE 68352-4039

Johnson County Attorney
P.O. Box 263
Tecumseh, NE 68450-0263

Johnson County Treasurer
P.O. Box 476
Tecumseh, NE 68450-0476

Kelly Supply Company
P.O. Box 1328
Grand Island, NE 68802-1328

Kenny Pipe & Supply Inc.
P.O. Box 306170
Nashville, TN 37230-6170

Kenny Pipe & Supply, Inc.
Smythe Huff & Murphy, PC
1222 16th Ave. S.
Ste. 301
Nashville, TN 37212-2920

Kramer Lyons
800 Lincoln Square, 121 S. 13th St.
Lincoln, NE 68501

Linweld - Lincoln, NE
Matheson Tri-Gas Inc Dept 3028
P.O. Box 12308
Dallas, TX 75312-0001

Linweld - Sterling, CO
Dept. 3028 P.O. Box 123028
Dallas, TX 75312-3028

| | | |
|---|---|---|
| Luke G. Topp<br>61050 728 Road<br>Crab Orchard, NE 68332-5100 | Matheson Gas<br>6901 Cornhusker Hwy<br>Lincoln, NE 68507-3116 | McMaster-Carr<br>P.O. Box 7690<br>Chicago, IL 60680-7690 |
| McMaster-Carr Supply Company<br>P O Box 4355<br>Chicago, IL 60680-4355 | Meylan Enterprises, Inc.<br>6225 South 60th Street<br>Omaha, NE 68117-2206 | Moran Plumbing & Heating, LLC<br>62424 729 Road<br>Tecumseh, NE 68450-8085 |
| NANO Purification Solutions<br>P.O. Box 481930<br>Charlotte, NC 28269-5319 | NE Department of Motor Vehicles<br>Motor Carrier Services Division<br>P.O. Box 94729<br>Lincoln, NE 68509-4729 | National Board<br>1055 Crupper Avenue<br>Columbus, OH 43229-1183 |
| (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | OPPD<br>P.O. Box 3995<br>Omaha, NE 68103-0995 | Olsson<br>P.O. Box 84608<br>Lincoln, NE 68501-4608 |
| Patriot Crane and Rigging LLC<br>155 Ida Street<br>Omaha, NE 68110-2821 | Pepsi-Cola Bottling dba Mahaska<br>P.O. Box 50<br>Oskaloosa, IA 52577-0050 | Peterbilt of Council Bluffs/Sioux City<br>P.O. Box 386<br>Sioux City, IA 51102-0386 |
| Pfister & Associates<br>800 E. Northwest Highway<br>Suite 202<br>Mount Prospect, IL 60056-3457 | Platte Valley<br>Chad Whisinnand<br>P.O. Box 81042<br>Lincoln, NE 68501-1042 | R.S. Stover Company<br>P.O. Box 5101<br>Des Moines, IA 50305-5101 |
| R.S. Stover Company<br>c/o Mitchell R. Kunert<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | R.T. Zumpfe Engineering, Inc.<br>3939 N. 48th St. #207<br>Lincoln, NE 68504-1464 | Radio Accounting Service<br>c/o Radio Station KNTK/FM<br>3312 West Peterson Avenue<br>Chicago, IL 60659-3510 |
| Ria N. Topp<br>61050 728 Road<br>Crab Orchard, NE 68332-5100 | SPX Cooling Technologies/SGS Refrigeration<br>P.O. Box 99038<br>Chicago, IL 60693-9038 | Saint-Gobain NorPro<br>Krystal Martin<br>3840 Fishcreek Road<br>Stow, OH 44224-4306 |
| Schimberg Co.<br>1106 Shaver Road NE<br>Cedar Rapids, IA 52402-4500 | Seneca Sanitation<br>313 South 8th Street<br>Seneca, KS 66538-2269 | Servando O. Hernandez<br>10226 Sunset Field<br>San Antonio, TX 78245-2695 |
| Setpoint Integrated Solutions<br>P.O. Box 935076<br>Atlanta, GA 31193-5076 | State Steel of Omaha<br>P.O. Box 3224<br>Sioux City, IA 51102-3224 | Steven G. Ranum, Esq.<br>2120 S. 72nd Street Suite 1200<br>Omaha, NE 68124-2366 |

| | | |
|---|---|---|
| Sulzer Chemtech USA Inc.<br>P.O. Box 700480<br>Tulsa, OK 74170-0480 | T-L Irrigation Company<br>P.O. Box 1047<br>Hastings, NE 68902-1047 | Tanner Industries, Inc.<br>P.O. Box 536300<br>Pittsburgh, PA 15253-5904 |
| Tecumseh Chieftain<br>P.O. Box 809<br>Tecumseh, NE 68450-0809 | The Hartford Steam Boiler Inspection and<br>Insurance Company<br>P.O. Box 73720<br>Chicago, IL, 60673-3720 | Tom Lyons PE LLC<br>18403 Crosstimber<br>San Antonio, TX 78258-4526 |
| Topp's Small Engine<br>61705 Highway 136<br>Tecumseh, NE 68450 | Tradesmen International, LLC<br>P.O. Box 677807<br>Dallas, TX 75267-7807 | Tradesmen International, LLC<br>c/o Karl Von Oldenburg<br>14211 Arbor Street, Suite 100<br>Omaha, NE 68144-2312 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 |
| US Standard Products<br>P.O. Box 5509<br>Englewood, NJ 07631-5509 | VVS Canteen<br>P.O. Box 87<br>Cozad, NE 69130-0087 | Verizon Wireless<br>P.O. Box 16810<br>Newark, NJ 07101-6810 |
| Visa - Elan Financial<br>Cardmember Service<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | Von Briesen & Roper SC<br>411 East Wisconsin Avenue<br>Suite 1000<br>Milwaukee, WI 53202-4409 | W.W. Grainger, Inc.<br>401 South Wright Road, W4W, R47<br>Janesville WI 53546-8729 |
| Westco International, Inc.<br>6924 East Reading Place<br>Tulsa, OK 74115-4637 | Westco International, Inc.<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Suite 200<br>Lincoln, NE 68512-1233 | Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 |
| c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Trev Peterson +<br>Knudsen Berkheimer Richardson Endacott<br>3800 VerMass Place, Suite 200<br>Lincoln, NE 68502-4453 | Eric H. Lindquist +<br>Eric H. Lindquist, P.C., L.L.O<br>8712 West Dodge Rd, #260<br>Omaha, NE 68114-3419 |
| Jerry L. Jensen +<br>Assistant U.S. Trustee<br>U.S. Trustee's Office<br>111 S. 18th Plaza, Suite 1148<br>Omaha, NE 68102-1321 | Ryan J. Dougherty +<br>Bradford & Coenen<br>1620 Dodge Street, Suite 1800<br>Omaha, NE 68102-1593 | Justin D. Eichmann +<br>Houghton Bradford Whitted PC LLO<br>6457 Frances Street, Suite 100<br>Omaha, NE 68106-2278 |
| James A. Overcash +<br>James A. Overcash,Trustee<br>301 South 13th Street, Ste 500<br>Woods Aitken LLP<br>Lincoln, NE 68508-2546 | Carly Bahramzad +<br>Knudsen, Berkheimer, Richardson & Endaco<br>3800 VerMaas Place<br>Suite 200<br>Lincoln, NE 68502-4453 | Jerry Jensen +<br>Assistant UST<br>U.S. Trustee's Office<br>111 South 18th Plz, Suite 1148<br>Omaha, NE 68102-1321 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247

Nebraska Department of Revenue
ATTN:  Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509-4818

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jacobi Carbons, Inc.

(d)American Exchange Bank
P.O. Box 267
Elmwood, NE 68349-0267

(d)American Exchange Bank
PO Box 267
Elmwood, NE 68349-0267

(d)American Exchange Bank
PO Box 267
Elmwood, NE 68349-0267

(d)Jacobi Carbons, Inc.
432 McCormick Boulevard
Columbus, OH 43213-1525

(d)Tradesmen International, LLC
9760 Shepard Road
Macedonia, OH 44056-1124

End of Label Matrix
Mailable recipients   149
Bypassed recipients     6
Total                 155