# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 21-40038 |
| | ) | Chapter 11 Proceeding |
| Topp's Mechanical, Inc., | ) | |
| | ) | **WITHDRAWAL OF ELECTION OF** |
| Debtor | ) | **AMERICAN EXCHANGE BANK** |
| | ) | **UNDER SECTION 1111(b) AND** |
| | ) | **PROOF OF SERVICE** |

American Exchange Bank, a secured creditor in the above-referenced proceeding, withdraws its election filed on April 1, 2021 at Filing No. 35 to have its claim treated as a secured claim under §1111(b) of the Bankruptcy Code.

Dated: January 3, 2022.

> AMERICAN EXCHANGE BANK,
> Creditor
>
> By: KNUDSEN, BERKHEIMER,
>  RICHARDSON & ENDACOTT, LLP
>  3800 VerMaas Place, Suite 200
>  Lincoln, Nebraska 68502
>  (402) 475-7011
>
>
> By: /s/   Trev E. Peterson - #16637
>        One of Said Attorneys

## PROOF OF SERVICE

      I certify that on January 3, 2022 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: Jerry Jensen, Assistant US Trustee, James Overcash, Chapter 11 Trustee, Justin D. Eichmann and on all others requesting electronic notice of filings through the Court's CM/ECF System and I mailed a copy to the following:

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302

Tradesmen International, LLC
9760 Shepard Road
Macedonia, OH 44056

by First Class United States mail adequate postage prepaid on January 3, 2022.

                                                  /s/   Trev E. Peterson - #16637