IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 21-40038 |
| | ) | Chapter 11 Proceeding |
| Topp's Mechanical, Inc., | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## WITNESS LIST OF AMERICAN EXCHANGE BANK
## AND PROOF OF SERVICE

American Exchange Bank ("AEB") submits the following witness list as required by the scheduling order, Filing No. 121, on the Motion for Relief from Automatic Stay filed by AEB, Filing No. 100. The witnesses called by AEB will be present in the Courtroom for the trial.

1. Aaron Clements, Vice President of American Exchange Bank, 151 N. 4th Street, Elmwood, NE. Mr. Clements is the current loan officer for the loan to the Debtor. He will be asked to testify about the existence of the loan, execution of the loan documents, the default under the loan documents and the balance due. He will be asked to provide testimony, which may be considered as expert testimony, regarding the feasibility of the Debtor's reorganization based on his review of the Debtor's monthly operating statements and Aaron Clements' knowledge of the Debtor's business operations both before and during the bankruptcy case. Aaron Clements is also the custodian of AEB's loan file in this matter.

2. Richard Clements, President of American Exchange Bank, 151 N. 4th Street, Elmwood, NE. Richard Clements will testify if Aaron Clements is not available. Richard Clements will testify on the same items as Aaron Clements and also as an expert

on the feasibility of the Debtor's reorganization based on his review of the Debtor's monthly operating statements and his knowledge of the Debtor's business operations both before and during the bankruptcy case.

Dated: March 1, 2022.

>AMERICAN EXCHANGE BANK,
>Creditor
>
>By: KNUDSEN, BERKHEIMER,
> RICHARDSON & ENDACOTT, LLP
> 3800 VerMaas Place, Suite 200
> Lincoln, Nebraska 68502
> (402) 475-7011
>
>
>By: /s/   Trev E. Peterson - #16637
>   One of Said Attorneys

## PROOF OF SERVICE

I certify that on March 1, 2022 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: Jerry Jensen, Assistant US Trustee, James Overcash, Chapter 11 Trustee, Justin D. Eichmann, Ryan Dougherty and on all others requesting electronic notice of filings through the Court's CM/ECF System.

>/s/   Trev E. Peterson - #16637