## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 21-40038 |
| | ) | Chapter 11 Proceeding |
| Topp's Mechanical, Inc., | ) | |
| | ) | **AFFIDAVIT OF** |
| Debtor | ) | **AARON CLEMENTS** |
| | ) | |

STATE OF NEBRASKA )
                             ) ss.
COUNTY OF CASS )

Aaron Clements, after being duly sworn upon his oath, deposes and states as follows:

1. That he is the Vice President of American Exchange Bank, a banking corporation duly organized and operating under the laws of the State of Nebraska ( "AEB"); that the contents of this Affidavit are based upon his personal knowledge of the events hereinafter described, or upon the records of AEB, which records are maintained as a part of its regularly conducted business activity; that he is familiar with the records maintained by AEB, and is the custodian of the records maintained by AEB; that all of the entries in the records are made or initiated by a person with knowledge of the facts therein reflected; and that each entry in the records of AEB is made at or near the time of the event reflected. He is the loan officer for the loans from AEB to the Debtor, Topp's Mechanical, Inc. (the "Debtor") and has been the Debtor's loan officer since July 22, 2016.

2. That he is over 19 years of age and that this Affidavit is made in support of AEB's Motion for Relief from the Automatic Stay filed December 27, 2021 at Filing No. 100 (the "Motion").

3. That he has read and is familiar with the contents of the Motion.

4. On July 30, 2015 Luke Topp as president of the Debtor signed the original promissory note of the promissory note dated July 30, 2015 in the original principal amount of $2,600,000.00 ("Note 7570"). A copy of Note 7570 is filed as Filing No. 132.

5. On May 1, 2017, Luke Topp as president and Ria Topp as secretary/treasurer of the Debtor signed the original of the promissory note dated May 1, 2017 in the original principal amount of $315,050.00 (Note "3305"). A copy of Note 3305 is filed as Filing No. 133.

6. On May 11, 2017 Luke Topp as president and Ria Topp as secretary/treasurer of the Debtor signed the original of the promissory note dated May 11, 2017 in the original principal amount of $1,500,000.00 (Note "3396"). A copy of Note 3396 is filed as Filing No. 134.

7. On December 14, 2017 Luke Topp as president and Ria Topp as secretary/treasurer of the Debtor signed the original of the promissory note dated December 14, 2017 in the original principal amount of $300,100.00 (Note "4899"). A copy of Note 4899 is filed as Filing No. 135. Filing Nos. 132 to 135 are referred to collectively as the "Notes."

8. The Notes are secured by the trust deeds filed as Filing Nos. 136 to 139.

9. The Notes are secured by the security agreements filed as Filing Nos. 140 to 144

10. AEB's security interest in the personal property described in the Security Agreements was perfected by the filing of the financing statements filed in the office of

the Nebraska Secretary of State on the following dates and continued, if applicable, on the dates shown below:

| Description | Filed on | Filing No. | Filing No. |
|---|---|---|---|
| Financing Stm. | 11/14/2010 | 9810540008-5 | 145 |
| Cont. Stm. | 11/9/2015 | 9815878343-2 | 146 |
| Cont. Stm. | 6/29/2020 | 9820201798-9 | 147 |
| Financing Stm. | 8/19/2015 | 9815863986-7 | 148 |
| Cont. Stm. | 6/29/2020 | 9820201797-7 | 149 |
| Financing Stm. | 1/27/2016 | 9816893277-2 | 150 |
| Cont. Stm. | 11/30/20 | 9820235591-1 | 151 |
| Financing Stm. | 5/11/2017 | 9817982934-6 | 152 |

11.     The Debtor defaulted under the Notes by failing to make the payments required under the Notes; that as of the date of filing the sum of $3,757,067.76 was due to AEB as set forth below:

| Note No. | Principal balance on 1/15/21 | Interest to 1/15/21 | Total as of 1/15/21 | Daily Interest after 1/15/21 | Interest Rate |
|---|---|---|---|---|---|
| 7570 | $1,895,379.79 | $18,071.02 | $1,913,450.81 | $311.57 | 6% |
| 3305 | $182,592.69 | $ 1,750.89 | $ 184,343.58 | $ 80.04 | 16% |
| 3396 | $1,443,276.70 | $14,533.56 | $1,457,810.26 | $227.37 | 5.75% |

| 4899  | $199,966.10    | $ 1,497.01  | $201,463.11    | $ 87.66 | 16% |
|-------|----------------|-------------|----------------|---------|-----|
| Total | $3,721,215.28  | $35,852.48  | $3,757,067.76  | $706.63 |     |

12. Based on the values in the Debtor's proposed amended plan filed on March 23, 2022 at Filing No. 172, there is no equity in the collateral securing AEB's claim and with the plan being a liquidating plan the collateral is not necessary to an effective reorganization of the Debtor a liquidation not being a reorganization.

FURTHER AFFIANT SAYETH NOT.

_____
Aaron Clements

SUBSCRIBED AND SWORN to before me this 28 day of March, 2022.

GENERAL NOTARY - State of Nebraska
KAREN S. SCHWEITZER
My Comm. Exp. October 12, 2024

_____
Notary Public

4

**PROOF OF SERVICE**

      I certify that on March 28, 2022 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: Jerry Jensen, Assistant US Trustee, James Overcash, Chapter 11 Trustee, Justin D. Eichmann and on all others requesting electronic notice of filings through the Court's CM/ECF System.

                                      AMERICAN EXCHANGE BANK, Creditor

                                      By:  KNUDSEN, BERKHEIMER,
                                         RICHARDSON & ENDACOTT, LLP
                                         3800 VerMaas Place, Suite 200
                                         Lincoln, Nebraska  68502
                                         (402) 475-7011


                                      By: /s/   Trev E. Peterson - $ 16637
                                           One of Said Attorneys