## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEBRASKA

IN RE:

TOPP'S MECHANICAL, INC.,

        Debtor.

Case No. 21-40038-BSK

(Chapter 11)

### REPORT ON BALLOTS AND ADMINISTRATIVE EXPENSES

THE FOLLOWING ACCEPTANCES AND REJECTIONS HAVE BEEN FILED:

| CLASS 1: | ACCEPTS $ | 0.00 | # | 0 |
| | REJECTS  $ | 0.00 | # | 0 |
| CLASS 2: | ACCEPTS $ | 1,624,040.04 | # | 1 |
| | REJECTS  $ | 0.00 | # | 0 |
| CLASS 3: | ACCEPTS $ | 0.00 | # | 0 |
| | REJECTS  $ | 0.00 | # | 0 |
| CLASS 4: | ACCEPTS $ | 0.00 | # | 0 |
| | REJECTS  $ | 0.00 | # | 0 |
| CLASS 5: | ACCEPTS $ | 0.00 | # | 0 |
| | REJECTS  $ | 0.00 | # | 0 |
| CLASS 6: | ACCEPTS $ | 0.00 | # | 0 |
| | REJECTS  $ | 0.00 | # | 0 |
| CLASS 7: | ACCEPTS $ | 2,139,571.77 | # | 1 |
| | REJECTS  $ | 3,319.85 | # | 1 |
| CLASS 8: | ACCEPTS $ | 0.00 | # | 0 |
| | REJECTS  $ | 0.00 | # | 0 |

THE DEBTOR, BY COUNSEL, SUBMITS THAT PURSUANT TO THE FOREGOING, SUFFICIENT ACCEPTANCES HAVE BEEN RECEIVED TO CONFIRM THE DEBTOR'S AMENDED LIQUIDATION PLAN FILED ON MARCH 23, 2022 (FILING NO. 172).

DATED:   April 26, 2022.

By:     /s/ Justin D. Eichmann
Justin D. Eichmann - #22405
Ryan J. Dougherty - #22137
HOUGHTON BRADFORD WHITTED PC LLO
6457 Frances Street, Suite 100
Omaha, Nebraska 68106
(402) 344-4000 | (402) 933-1099 Fax
jeichmann@houghtonbradford.com
rdougherty@houghtonbradford.com
*Attorneys for Debtor*