ocnf11subvb (09/21)

# UNITED STATES BANKRUPTCY COURT
## District of Nebraska

In Re:

| | |
|---|---|
| Topp's Mechanical, Inc.<br>Debtor(s) | Bankruptcy Proceeding No. 21−40038−BSK<br>Chapter 11 |

## ORDER CONFIRMING SUBCHAPTER V PLAN UNDER § 1191(b)

THIS MATTER is before the court on the Chapter 11 plan most recently filed by the debtor (whether one or more, collectively, "debtor"). The court reviewed and considered the plan and finds:

1. This is a core proceeding as defined by 28 U.S.C. § 157(b)(2).

2. The plan and the notice of hearing of the plan were properly served on creditors. No objection to the confirmation of the plan was filed.

3. The plan complies with the applicable provisions of Title 11 of the United States Code.

4. To effectively conclude the administration of the debtor's estate, the court should issue instructions under 11 U.S.C. § 1142.

IT IS THEREFORE ORDERED: The plan is confirmed as a non−consensual plan under 11 U.S.C. § 1191(b). The debtor must:

1. Carry out the confirmed plan and perform all necessary acts under 11 U.S.C. § 1142 and Fed. R. Bankr. P. 3021;

2. Effect substantial consummation of the plan, not later than 150 days after the date of this order;

3. After all payments under the plan are completed, file a final accounting / report, an application for final decree, and if applicable a motion for discharge.

Dated: 4/27/22

BY THE COURT:

/s/ Brian S. Kruse
Judge

Copies mailed or electronically sent by the court to:
Debtor's Attorney